## IN THE SAME TERM OF
## *September*, 1790.

(p. 120.)

### The STATE *against* JOSHUA FARLEY.

ORDERED, that a Habeas Corpus do iſſue, directed to the ſaid Joſhua Farley for the Body of Negro

---

He thought this might be ſufficient to ſay on the preſent Occaſion, but he would go further, and ſay that in his Opinion, at the Death of the Teſtator, the two Negro Women were not Slaves, no body at that Time had that abſolute Property in either, which diſtinguiſhes the Slave from what we call a Servant, and the Retention of the temporary Intereſt excludes that Suppoſition intirely—The Argument made uſe of by the Counſel for the Claimant, from the Word *ſell*, might have had ſome Weight if it had not been coupled with and explained by the particular Time to which it applies, but taken together, it is of no kind of Conſequence, neither could he give his aſſent to the Idea ſuggeſted that both were Slaves until the Expiration of the Fifteen Years : Indeed the thought in his Opinion was abſurd, for he had no other Idea of a Slave but where, the Servitude is perpetual, or in other Words for Life—Neither did he ſee the Impropriety of ſuppoſing, that the Right to Freedom ſubject to the Temporary ſervitude, might veſt in the Negro at the Death of the Teſtator—If this be ſo, and if the Miſbehaviour of the Mothers were not to affect themſelves, he could not bring himſelf to entertain an Opinion that it ſhould affect their innocent offspring and make them Slaves : all that Anderſon bought was the Service of the Mother for a Term of Years, and that too ſubject to all Riſques : As the Party buying, had nothing elſe in Contemplation, no Conſtruction can be unjuſt which gives that Right in the fulleſt extent to him, and if he ſuffers by his Bargain, it is no more than he undertook to ſubject himſelf to, and a Conſtruction of this Nature appeared much more Rational than one which ſubjects a human Creature to be a Slave for no Fault of his own.   For theſe Reaſons the Court were unanimouſly of Opinion that the Claim of James Anderſon is unfounded and the Negro Boy ſhould be liberated from his Cuſtody.

Joseph here on the firſt Day of the next Term, *ex mo. Linn.*

## *November* Term, 1790.

(p. 165.)

### The STATE *againſt* JOSHUA FARLEY.

*On* Habeas Corpus *of Negro* Joe *claiming his Freedom.*

THE ſaid Joſhua Farley having returned that the ſaid Negro Joe in the Writ named, before the coming of the ſaid Writ, was and ſtill is, the Negro Slave of him the ſaid Joſhua Farley, and that he had, and ſtill hath Right and Title to hold the ſaid Joe a Slave during Life ; and thereof tendered an Iſſue to the Country, and prayed the Court that the ſaid Iſſue ſo tendered might be tried by a Jury of his Country ; whereupon, The Court having heard Counſel, and taking the Matter into Conſideration, are of Opinion that a Jury in this Caſe is improper, and therefore do refuſe the ſame.

The Evidence both for and againſt the Claim of the ſaid Negro Joe to be ſet at Liberty, being fully heard, and Counſel thereupon on both ſides.

The Court do adjudge that the ſaid Negro Joe is illegally detained in the Cuſtody of the ſaid Joſhua Farley, and therefore do order him to be diſcharged from the ſaid Cuſtody and illegal Detention of him the ſaid Joſhua Farley, on the Motion of Eliſha Boudinot.

---

## *May* Term, 1791.

(p. 248.)

### The STATE *againſt* JOSEPH BEAVERS, JOHN CLIFFORD, *and* JOHN MARTIN, *Adminiſtrators of* EDWARD CLIFFORD, *deceaſed.*

*On* Habeas Corpus *ad ſubjiciendum, for the Liberation of Negro* Abraham Solomons, *and Negro* Dolly *his Wife.*

*The Attorney-General, Eliſha Boudinot, and Linn, Counſel for the Negroes.—Leake and Richard Stockton, Counſel for the ſaid Adminiſtrators.*

THE Defendants having returned the Bodies with the Cauſe &c. " That they are the Negro Slaves of